UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-MC-0033 (PJS)

| | |
|---|---|
| IN RE BLUE GRAND JURY | **UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE** |

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Samantha Trepel, Special Litigation Counsel for the Civil Rights Division, respectfully requests a two-week extension, to June 18, 2021, to respond to the Court's Order dated May 5, 2021 (Order). *See* ECF No. 1. The Court previously ordered a response from the Government by June 4, 2021. *Id.* at 4-5. The United States has been diligently working to compose and compile its response since the issuance of the Order and requires the additional time to coordinate and finalize its response to the Order.

Dated: June 2, 2021

Respectfully submitted,

| | |
|---|---|
| W. ANDERS FOLK<br>Acting United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General |
| */s/ W. Anders Folk*<br>BY: W. ANDERS FOLK<br>Acting United States Attorney<br>Attorney ID No. 0311388 | */s/ Samantha Trepel*<br>BY: Samantha Trepel<br>Special Litigation Counsel<br>Attorney ID No. 992377 DC |