UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-MC-0033 (PJS)

| | |
|---|---|
| IN RE BLUE GRAND JURY | **ORDER EXTENDING TIME TO FILE** |

This matter is before the Court upon the United States' Motion for Extension of Time to Respond to Order to Show Cause.  ECF No. 2.  The Court grants the motion for good cause shown.

**IT IS HEREBY ORDERED** that the United States' Motion for Extension of Time to Respond to Order to Show Cause (ECF No. 2) is **GRANTED**.  The Government shall have until June 18, 2021, to file its response to this Court's May 5, 2021 Order.

Dated: June 2, 2021

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Judge