

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

July 2, 2021

CHAMBERS OF
PATRICK J. SCHILTZ
DISTRICT JUDGE
UNITED STATES COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5480

Scott W. Johnson
689 Maple Park Drive
St. Paul, MN 55118

Re:   In Re Blue Grand Jury
      Case No. 21-MC-0033 (PJS)

Dear Mr. Johnson:

I write in response to your email of July 2, 2021.

I recognize that there is a legitimate public interest in this proceeding, but I do not believe that it would be practical for the participants to file redacted versions of the papers that they have filed to date. The focus of this proceeding is the unauthorized disclosure of matters occurring before a federal grand jury, and thus much of the contents of the filings has to remain secret under Fed. R. Crim. P. 6(e). Moreover, the filings have discussed federal and state investigations and prosecutions that remain ongoing. Much of the contents of the filings has to remain secret so as not to compromise those investigations and prosecutions. If the filings were redacted, all that would remain would be fragments of text that would not convey any meaningful information.

It may be that future filings will contain less sensitive information and can more readily be redacted. I will continue to monitor the filings and keep in mind the public's right of access to judicial proceedings. Moreover, when this proceeding is terminated, I will make sure that the public has some type of explanation of what transpired.

I am sorry that I cannot be more helpful at this time.

Sincerely,

Patrick J. Schiltz
United States District Judge