# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Blue Grand Jury ) | COURT MINUTES - CIVIL |
| ) | BEFORE: Patrick J. Schiltz |
| ) | U.S. District Judge |
| ) | |
| ) Case No: | 21-MC-0033 (PJS) |
| ) Date: | June 30, 2021 |
| ) Court Reporter: | Debra Beauvais |
| ) Courthouse: | Minneapolis |
| ) Courtroom: | 14E |
| ) Time Commenced: | 2:00 p.m. |
| ) Time Concluded: | 2:35 p.m. |
| Sealed Hearing Time: | 2:00 p.m. - 2:35 p.m. |
| Time in Court: | Hours & 35 Minutes |

Hearing on: **Status Conference**

APPEARANCES:
    Anders Folk, Samantha Trepel, Matthew Frank

PROCEEDINGS:
    ☒ Status conference.

s/C. Glover<br>
Courtroom Deputy